TRACY, Respondent, *v.* BYRNES, Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from special term.

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

*Thos. J. McKee*, for appellant.    *W. O. Campbell*, for respondent.

No opinion.   Order affirmed, with costs and disbursements.

---

WANZOR, Appellant, *v.* WANZOR, Respondent.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

*B. Estes*, for appellant.    *Hascall, Clarke & Vanderpoel*, for respondent.

No opinion.   Motion to dismiss appeal granted, with costs.   For former report, see 5 N. Y. Supp. 957.

---

YOUNG, Respondent, *v.* METROPOLITAN EL. R. Co. *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from special term.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*Davies & Rapallo*, for appellants.    *Sackett & Bennett*, for respondent.

No opinion.   Judgment affirmed, with costs.

---

BROWNE, Respondent, *v.* FORTY-SECOND ST., M. & ST. N. A. R. Co., Appellant.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*W. C. Trull*, for appellant.    *J. H. McCarthy*, for respondent.

No opinion.   Ordered that the judgment be reversed, unless plaintiff consents to reduce to $25 damages, and the costs recoverable in the district court on a judgment for that amount.

---

COBY, Respondent, *v.* BOWEN, Appellant.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from second district court.

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*C. Arthur Coan*, for appellant.    *C. A. B. Pratt*, for respondent.

No opinion.   Judgment affirmed, with costs.

---

COWLE, Appellant, *v.* DOCTOR, Respondent.

*(Common Pleas of New York City and County, General Term.* December 19, 1889.)

Appeal from first district court.

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*McEwan & McEwan*, for appellant.    *Hess & Townsend*, for respondent.

No opinion.   Ordered that the judgment be affirmed, with costs.